# Order

Michigan Supreme Court
Lansing, Michigan

June 18, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148691-2

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

PAUL JOSEPH CREPS, JR.,
     Defendant-Appellant.

SC: 148691
COA: 318888
Washtenaw CC: 12-001384-FH

_____/

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

PAUL JOSEPH CREPS, JR.,
     Defendant-Appellant.

SC: 148692
COA: 318889
Washtenaw CC: 12-001557-FH

_____/

On order of the Court, the application for leave to appeal the December 27, 2013 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2014



Clerk

s0611